AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 03, 2023**

SEAN F. McAVOY, CLERK

DANIEL JOSEPH HAGGERTY

*Plaintiff*

v.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES, and EASTERN STATE HOSPITAL

*Defendant*

Civil Action No. 2:22-CV-0175-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint (ECF No. 17) is GRANTED.
Plaintiff's Motion to Waive Collection of Filing Fee under PLRA (ECF No. 18) is GRANTED.
Complaint is DISMISSED WITHOUT PREJUDICE.
This file is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on a motion to Voluntarily Dismiss Complaint.

Date: 1/3/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*
Ruby Mendoza